Johnson Brothers, appellees, v. Herman Vierke, appellant. Gen. No. 8,710.

Opinion filed January 19, 1934. Modified opinion filed February 23, 1934.
Roy R. Phillips and Charles G. Seidel, for appellant. Harvey Gunsul and Olney C. Allen, for appellees.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

The Union National Bank of Streator, defendant in error, v. Lucy Mohan et al., plaintiffs in error. Gen. No. 8,716.

Opinion filed January 19, 1934. Rehearing denied February 14, 1934.
A. E. Butters and C. B. Chapman, for plaintiffs in error. R. C. Osborn and B. E. Hayes, for defendant in error.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Marie Sites, defendant in error, v. David Gillogly, plaintiff in error. Gen. No. 8,515.

Opinion filed January 19, 1934. Rehearing denied May 3, 1934.
John L. Brearton and Frank T. Sheean, for plaintiff in error.
Franklin J. Stransky and Franklin U. Stransky, for defendant in error.
Mr. Justice Dove delivered the opinion of the court.

The Swords Company, appellee, v. Leo Michale, appellant. Gen. No. 8,696.

Opinion filed January 19, 1934.
Hall & Dusher, for appellant; Charles H. Davis, of counsel. Guyer & Berry, for appellee.
Mr. Justice Dove delivered the opinion of the court.